**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1745**

AIMEE L. O'NEIL,

Plaintiff - Appellant,

versus

OSWEGO COUNTY DEPARTMENT OF SOCIAL SERVICES,
Employee Betsy Tubilino; TAMMY RODGERS,
certified social worker; CATHOLIC CHARITIES,
Rodgers Employer,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  John Preston Bailey,
District Judge.  (3:07-cv-00072)

Submitted:  December 13, 2007      Decided:  December 17, 2007

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Aimee L. O'Neil, Appellant Pro Se.  William Richard McCune, Jr.,
Martinsburg, West Virginia; Sarah Jane Anderson, DICKIE, MCCAMEY &
CHILCOTE, Wheeling, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aimee L. O'Neil appeals the district court's order dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. O'Neil v. Oswego County Dep't of Soc. Servs., 3:07-cv-00072 (N.D.W. Va. July 19, 2007). We deny Appellees' motion for sanctions under Fed. R. App. P. 38 and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED